# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GREGORY NORMAND,<br><br>  Defendant/Judgment Debtor,<br><br>and<br><br>BNSF RAILWAY COMPANY,<br><br>  Garnishee. | NO. 2:19-MC-00045-RSL<br><br>(2:17-CR-0247-001)<br><br>[~~Proposed~~] Order Terminating Garnishment Proceeding |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that BNSFRailway Company is relieved of further responsibility pursuant to this garnishment.

//

[~~PROPOSED~~] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Gregory Normand and BNSF Railway Company*, USDC#: 2:19-MC-00045-RSL/2:17-CR-0247-001) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

| 1  | DATED this 3rd day of May, 2019.
| 2  |
| 3  | _____
| 4  | JUDGE ROBERT S. LASNIK
|    | UNITED STATES DISTRICT COURT JUDGE
| 5  |
| 6  | Presented by:
| 7  | s/ Kyle A. Forsyth
|    | KYLE A. FORSYTH, WSBA # 34609
| 8  | Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Gregory Normand and BNSF Railway Company,* USDC#: 2:19-MC-00045-RSL/2:17-CR-0247-001) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970